**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Case No. 16-20931-JAD |
|    James K. Lynch and | : |
|    Tina I. Lynch, | : Chapter 13 |
|          Debtors | : |
| | : |

**CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 21st day of March, 2017, a true and correct copy of the Order dated March 20, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

        LOCKHEED MARTIN
        ENTERPRISE BUSINESS SERVICES
        P.O. BOX 33003
        LAKELAND, FL 33807

        JAMES K. LYNCH
        TINA I. LYNCH
        6970 ROUTE 711
        SEWARD, PA 15954

        Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| Executed on: <u>March 21, 2017</u> | Respectfully submitted,<br>  <u>/s/Kenneth P. Seitz, Esquire</u><br>Kenneth P. Seitz, Esquire<br>PA I.D. # 81666<br>The Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470<br>Attorney for Debtors |