IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES K. LYNCH and
TINA I. LYNCH,

              Debtor(s).

DITECH FINANCIAL LLC,

              Movant(s),

vs.

JAMES K. LYNCH and
TINA I. LYNCH and
RONDA J. WINNECOUR, CHAPTER 13
TRUSTEE,

              Respondent(s).

Bankruptcy No. 16-20931JAD

Chapter 13

Doc. # 73

Related To Doc. # 70

## ORDER

AND NOW, this **11th** day of **August**, **2017**, it appears to the Court that the movant has filed at Doc. #73 a *Withdrawal of Notice of Mortgage Payment Change* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 70 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #70 - *Objection To The Notice of Mortgage Payment Change* for August 25, 2017, at 10:00 AM at Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 is hereby CANCELLED.

_____sjk
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
    Debtors
    Debtors' Counsel
    Maura P. Nuno, Esq.
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee

FILED
8/11/17 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00021860

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James K. Lynch
Tina I. Lynch
    Debtors

Case No. 16-20931-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Aug 11, 2017
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db/jdb         +James K. Lynch,    Tina I. Lynch,    6970 Route 711,    Seward, PA 15954-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
            Chrisovalanate P. Fliakos    on behalf of Creditor    The Bank Of New York Mellon, As Successor Trustee et al., pawb@fedphe.com
            James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bkgroup@kmllawgroup.com
            Kenneth P. Seitz    on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com
            Kenneth P. Seitz    on behalf of Plaintiff James K. Lynch, Jr. thedebterasers@aol.com
            Kenneth P. Seitz    on behalf of Debtor James K. Lynch thedebterasers@aol.com
            Kenneth P. Seitz    on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com
            Maura P. Nuno    on behalf of Creditor    Ditech Financial LLC mnuno@reedsmith.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
            Peter W. Wapner    on behalf of Creditor    The Bank of New York Mellon etal peter.wapner@phelanhallinan.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Timothy S. Lijewski    on behalf of Creditor    Healthcare First Credit Union covellilawoffices@yahoo.com, jcovelli@covellilaw.com
                                                                                                                 TOTAL: 12