**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-20931-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

James K. Lynch
6970 Route 711
Seward PA 15954

Tina I. Lynch
6970 Route 711
Seward PA 15954

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 20: COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/23/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-20931-JAD
James K. Lynch                                                  Chapter 13
Tina I. Lynch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: Nov 21, 2018
                             Form ID: trc            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14256382       +E-mail/Text: bncmail@w-legal.com Nov 22 2018 03:01:00     COMENITY CAPITAL BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                     TOTAL: 1


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
          Chrisovalanate P. Fliakos    on behalf of Creditor    The Bank Of New York Mellon, As Successor
           Trustee et al., pawb@fedphe.com
          James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES,
           SERIES 2005-17 bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Plaintiff James K. Lynch, Jr. thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor James K. Lynch thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com
          Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
          Maura P. McIntyre    on behalf of Creditor    Ditech Financial LLC maura.mcintyre@squirepb.com,
           cle_dckt@squirepb.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK
           OF NEW YORK MELLON pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter W. Wapner    on behalf of Creditor    The Bank of New York Mellon etal
           peter.wapner@phelanhallinan.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
          Timothy S. Lijewski    on behalf of Creditor    Healthcare First Credit Union
           covellilawoffices@yahoo.com,   jcovelli@covellilaw.com
                                                                      TOTAL: 14