2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-20931-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

James K. Lynch
6970 Route 711
Seward PA 15954

Tina I. Lynch
6970 Route 711
Seward PA 15954

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 18: WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609

Name and Address of Transferee:

Capital One Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK  73118

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/18/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-20931-JAD
James K. Lynch                                                           Chapter 13
Tina I. Lynch
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Apr 16, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14249015         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 02:57:19
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
              Chrisovalanate P. Fliakos    on behalf of Creditor    The Bank Of New York Mellon, As Successor
               Trustee et al., pawb@fedphe.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-17 bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Plaintiff James K. Lynch, Jr. thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor James K. Lynch thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
              Maura P. McIntyre    on behalf of Creditor    Ditech Financial LLC maura.mcintyre@squirepb.com,
               cle_dckt@squirepb.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK
               OF NEW YORK MELLON pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter W. Wapner    on behalf of Creditor    The Bank of New York Mellon etal
               peter.wapner@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    The Bank of New York Mellon etal pawb@fedphe.com
              Timothy S. Lijewski    on behalf of Creditor    Healthcare First Credit Union
               covellilawoffices@yahoo.com,    jcovelli@covellilaw.com
                                                                                            TOTAL: 14