**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/17/2021

IN RE:

JAMES K. LYNCH
TINA I. LYNCH
6970 ROUTE 711
SEWARD, PA  15954
XXX-XX-7667          Debtor(s)

XXX-XX-3601

Case No.16-20931 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/17/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ALLY FINANCIAL LEASE TRUST**<br>ATTN PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=1444.35*DKT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8878 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: TREATMENT@CIDS-34,35/DOE*DKT | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9540 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: TREATMENT@CID-34,35/DOE*DKT | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9540 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br>W PALM BEACH, FL 33409 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 0.00<br>COMMENT: CL21GOVS*PMT/DECL*DKT4PMT-LMT*BGN 4/16 | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3725 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 687.18<br>COMMENT: AMAZON/SYNCHRONY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0625 |
| **ATLANTIC BROADBAND***<br>669 E MAIN ST<br>BRADFORD, PA 16701 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BEST BUY++**<br>POB 17298<br>BALTIMORE, MD 21297 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1594 |
| **CAPITAL ONE BANK (USA) NA CABELAS CLUB \**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,041.23<br>COMMENT: FR WORLDS FOREMOST BANK-DOC 84 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3689 |
| **CAPITAL ONE BANK (USA) NA CABELAS CLUB \**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,016.22<br>COMMENT: FR WORLDS FOREMOST BANK-DOC 85 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7060 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,595.24<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2852 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 4,924.73<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5949 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7694 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 834.30<br>COMMENT: FNBM/CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2297 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,052.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6996 |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GANDER MOUNTAIN++**<br>1747 BEAM AVE<br>SAINT PAUL, MN 55109 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5479 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: UNS/SCH-PL*TREATMENT@CID-34,35/DOE*9450.57/CL*CROSS COLLATERALIZED | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9410 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: UNS/SCH-PL*TREATMENT@CID-34,35/COE*9706.50/CL*CROSS COLLATERALIZED | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9540 |
| **HEALTHCARE FIRST CU***<br>1152 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: UNS/SCH-PL*TREATMENT@CID-34,35*9832.96/CL*CROSS COLLATERALIZED W/WF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9540 |
| **GE CAPITAL/HOME DEPOT++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3698 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JEEP MASTER CARD**<br>PO BOX 3412<br><br>OMAHA, NE 68103-0412 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7724 |
| **STERLING JEWELERS INC D/B/A KAY JEWELER**<br>C/O BUCKLEY KING LPA<br>600 SUPERIOR AVE EAST STE 1400<br>CLEVELAND, OH 44114 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: UNS/SCH*SURR/PL*CL=$1033.58*WNTS 5.25% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0491 |
| **STERLING JEWELERS INC D/B/A KAY JEWELER**<br>C/O BUCKLEY KING LPA<br>600 SUPERIOR AVE EAST STE 1400<br>CLEVELAND, OH 44114 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: UNS@KAY/SCH*SURR/PL*CL=$430.50 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 541 |
| **MAURICES**<br>CUSTOMER SERVICE<br>POB 182118<br>COLUMBUS, OH 43218-2118 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5315 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: UNS/SCH*SURR/PL*CL=1201.95 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5175 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 3,144.50<br>COMMENT: CITIBANK/SEARS GOLD MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1706 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 705.98<br>COMMENT: x4957/SCH*SAMS CLUB/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2793 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 153.44<br>COMMENT: WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5796 |
| **ROBERTSON ANSCHUTZ & SCHNEID PL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL 33487 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY~NOVASTAR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: CL FILED ON WRONG CASE*CL@2473.64 W/D-D 27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

Case 16-20931-JAD    Doc 95    Filed 02/17/21    Entered 02/17/21 15:41:02    Desc
Page 6 of 6

| CLAIM RECORDS | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGENT | Court Claim Number:14 | ACCOUNT NO.: 7724 |
| PO BOX 2011 | | |
| | CLAIM: 777.95 | |
| WARREN, MI  48090 | COMMENT: NT/SCH*JCP/SYNCHRONY | |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:20-2 | ACCOUNT NO.: 9213 |
| PO BOX 3978 | | |
| | CLAIM: 267.39 | |
| SEATTLE, WA  98124-3978 | COMMENT: NT/SCH*PAYPAL*AMD*FR COMENITY CAP-DOC 79 | |
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O OCWEN LOAN SERVICING LLC(*) | Court Claim Number:21 | ACCOUNT NO.: 3725 |
| 1661 WORTHINGTON RD STE 100 | | |
| | CLAIM: 1,866.86 | |
| W PALM BEACH, FL  33409 | COMMENT: C 21 GOV*1867/PL*THRU 3/16 | |
| **HEALTHCARE FIRST CU*** | Trustee Claim Number:34  INT %: 6.00% | CRED DESC: VEHICLE |
| 1152 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 57,625.00 | |
| JOHNSTOWN, PA  15905 | COMMENT: $/OE*W/CIDS-2,3,17,18,19,35~CL 5-9*DKT | |
| **HEALTHCARE FIRST CU*** | Trustee Claim Number:35  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1152 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 19,781.15 | |
| JOHNSTOWN, PA  15905 | COMMENT: UNS BAL > OE/PAP*W/CIDS-2,3,17,18,19,34~CL 5-9*DKT | |
| **NAVIENT PC TRUST** | Trustee Claim Number:36  INT %: 0.00% | CRED DESC: UNSECURED/LATE FILED |
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:24 | ACCOUNT NO.: 3601 |
| PO BOX 9000 | | |
| | CLAIM: 39,595.19 | |
| WILKES-BARRE, PA  18773-9000 | COMMENT: NT/SCH*PENN STATE UNIVERSITY*CO-SIGNER | |