IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 16-20931-JAD |
| **James K. Lynch and** | : |
| **Tina I. Lynch,** | : Chapter 13 |
| Debtors | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 16th day of April, 2021, a true and correct copy of the Order dated April 15, 2021, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

ONCOLOGY-HEMATOLOGY ASSOC.
200 LOTHROP STREET
PITTSBURGH, PA 15213

JAMES K. LYNCH
TINA I. LYNCH
6970 ROUTE 711
SEWARD, PA 15954

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>April 16, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470