**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-20931-JAD |
| James K. Lynch and | : | |
| Tina I. Lynch, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| James K. Lynch, | : | |
| Movant | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| vs. | : | |
| | : | |
| Lockheed Martin | : | |
| Enterprise Business Services | : | Related to Doc. #98 |
| P.O. Box 33003 | : | |
| Lakeland, FL 33807 | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-7667 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with Lockheed Martin, Enterprise Business Services, P.O. Box 33003, Lakeland, FL 33807 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __15th__ day of _____April_____, 2021.

_/s/ Jeffery A. Deller_ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
4/15/21 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James K. Lynch  
Tina I. Lynch  
    Debtors

Case No. 16-20931-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Apr 15, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James K. Lynch, Tina I. Lynch, 6970 Route 711, Seward, PA 15954-2028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrew L. Spivack  
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2004-4, NovaStar Home Equity Loan A andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian Nicholas  
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bnicholas@kmllawgroup.com

Chrisovalanate P. Fliakos  
    on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., pawb@fedphe.com

Kenneth P. Seitz  
    on behalf of Plaintiff James K. Lynch Jr. thedebterasers@aol.com

Kenneth P. Seitz

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com

Kenneth P. Seitz
        on behalf of Debtor James K. Lynch thedebterasers@aol.com

Kenneth P. Seitz
        on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com

Mario J. Hanyon
        on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com

Maura P. McIntyre
        on behalf of Creditor Ditech Financial LLC maura.mcintyre@squirepb.com cle_dckt@squirepb.com

Natalie N. Piscione
        on behalf of Creditor Health Care First Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
        on behalf of Creditor OCWEN LOAN SERVICING  LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON
        pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner
        on behalf of Creditor The Bank of New York Mellon etal peter.wapner@phelanhallinan.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

Thomas Song
        on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Timothy S. Lijewski
        on behalf of Creditor Healthcare First Credit Union covellilawoffices@yahoo.com jcovelli@covellilaw.com

TOTAL: 16