**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JAMES K. LYNCH<br>TINA I. LYNCH<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JAMES K. LYNCH<br>TINA I. LYNCH<br><br>      Respondents | Case No.16-20931JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 107 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this <u>30th</u> day of <u>April</u>, 20<u>21</u>, it is hereby ORDERED, ADJUDGED, and DECREED that,

Indiana Total Therapy Llc
Attn: Payroll Manager
120 Irmc Dr Ste 160
Indiana, PA 15701

is hereby ordered to immediately terminate the attachment of the wages of TINA I. LYNCH, social security number XXX-XX-3601. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TINA I. LYNCH.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
4/30/21 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20931-JAD |
| James K. Lynch | Chapter 13 |
| Tina I. Lynch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Apr 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James K. Lynch, Tina I. Lynch, 6970 Route 711, Seward, PA 15954-2028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2004-4, NovaStar Home Equity Loan A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Plaintiff James K. Lynch Jr. thedebterasers@aol.com |
| Kenneth P. Seitz | |

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com

Kenneth P. Seitz

on behalf of Debtor James K. Lynch thedebterasers@aol.com

Kenneth P. Seitz

on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com

Maura P. McIntyre

on behalf of Creditor Ditech Financial LLC maura.mcintyre@squirepb.com cle_dckt@squirepb.com

Natalie N. Piscione

on behalf of Creditor Health Care First Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor OCWEN LOAN SERVICING LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner

on behalf of Creditor The Bank of New York Mellon etal peter.wapner@phelanhallinan.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Timothy S. Lijewski

on behalf of Creditor Healthcare First Credit Union covellilawoffices@yahoo.com jcovelli@covellilaw.com

TOTAL: 16