Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James K. Lynch
Tina I. Lynch**
Debtor(s)

Bankruptcy Case No.: 16−20931−JAD
Related To ECF No. 114
Chapter: 13
Docket No.: 115 − 114

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 25th of June, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/30/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/18/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/30/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-20931-JAD
James K. Lynch     Chapter 13
Tina I. Lynch
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 4 |
| Date Rcvd: Jun 25, 2021 | Form ID: 408 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James K. Lynch, Tina I. Lynch, 6970 Route 711, Seward, PA 15954-2028 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| cr | + | Health Care First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| cr | + | THE BANK OF NEW YORK MELLON, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, Fl 33487-2853 |
| 14196017 | + | Atlantic Broadband, 120 Southmont Blvd., Johnstown, PA 15905-4291 |
| 14196028 | | Jeep Mastercard, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14196029 | + | Kay Jewelers, P.O. Box 3680, Akron, OH 44398-0001 |
| 14196032 | + | Ocwen Loan Servicing, LLC, P.O. Box 6440, Carol Stream, IL 60197-6440 |
| 14196034 | + | Sears Cardmember Services, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14260240 | | The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2021 23:30:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 25 2021 23:30:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14196015 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14196014 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14201746 | | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 14196018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:19 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14256382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:06 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14196019 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:02 | Cabela's Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14196020 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:17 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15032950 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 25 2021 23:43:18 | Capital One Bank (USA) N.A Cabelas Club Visa, |

| District/off: 0315-2 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: 408 | Total Noticed: 41 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14218424 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:28:27 | By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14196021 | + Email/Text: mediamanagers@clientservices.com | Jun 25 2021 23:29:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14196022 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2021 23:29:04 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14196023 | + Email/Text: mrdiscen@discover.com | Jun 25 2021 23:29:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14202927 | + Email/Text: mrdiscen@discover.com | Jun 25 2021 23:29:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14196024 | Email/Text: Bankruptcy.Consumer@dish.com | Jun 25 2021 23:30:00 | Dish Network, P.O. Box 4034, Woburn, MA 01888 |
| 14196025 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:00 | Gander Mtn, p.o box 659465, San Antonio, TX 78265-9465 |
| 14196026 | + Email/Text: meghan@healthcarefirstcu.com | Jun 25 2021 23:31:00 | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| 14196027 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:09 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14196016 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 25 2021 23:29:00 | Amazon/Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14252266 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 23:29:09 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14236377 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2021 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14196030 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:00 | Maurice's, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15172667 | Email/PDF: pa_dc_claims@navient.com | Jun 25 2021 23:29:07 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14264059 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2021 23:29:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14196033 | + Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:58 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14196035 | Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:23 | SYNCB/Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14952611 | + Email/Text: bncmail@w-legal.com | Jun 25 2021 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14201747 | + Email/Text: ecf@buckleyking.com | Jun 25 2021 23:29:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14249015 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:28:27 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14196036 | + Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:29:16 | WalMart Discover, P.O. Box 981064, El Paso, TX 79998-1064 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr | | The Bank Of New York Mellon, As Successor Trustee |
| cr | | The Bank of New York Mellon etal |
| cr | | The Bank of New York Mellon, f/k/a The Bank of New |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, Pa 15905-4310 |
| 15032951 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14196031 | ##+ | Northwest Consumer Discount Company, P.O. Box 5487, Johnstown, PA 15904-5487 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2004-4, NovaStar Home Equity Loan A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff James K. Lynch Jr. thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor James K. Lynch thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 4 of 4 |
| Date Rcvd: Jun 25, 2021 | Form ID: 408 | Total Noticed: 41 |

Mario J. Hanyon
    on behalf of Creditor The Bank Of New York Mellon  As Successor Trustee et al., wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Maura P. McIntyre
    on behalf of Creditor Ditech Financial LLC maura.mcintyre@squirepb.com cle_dckt@squirepb.com

Natalie N. Piscione
    on behalf of Creditor Health Care First Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor OCWEN LOAN SERVICING  LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner
    on behalf of Creditor The Bank of New York Mellon etal peter.wapner@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Timothy S. Lijewski
    on behalf of Creditor Healthcare First Credit Union covellilawoffices@yahoo.com jcovelli@covellilaw.com

TOTAL: 17