**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES K. LYNCH<br>TINA I. LYNCH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:16-20931 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

June 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/14/2016 and confirmed on 12/20/16. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,543.74 |
| Less Refunds to Debtor | 97.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,446.04 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,729.00 | |
|   Trustee Fee | 5,209.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,938.13 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 3725 | 0.00 | 28,558.39 | 0.00 | 28,558.39 |
|   BANK OF NEW YORK MELLON - TRUSTEE<br>    Acct: 3725 | 1,866.86 | 1,866.86 | 0.00 | 1,866.86 |
|   HEALTHCARE FIRST CU*<br>    Acct: 9410 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HEALTHCARE FIRST CU*<br>    Acct: 9540 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HEALTHCARE FIRST CU*<br>    Acct: 9540 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STERLING JEWELERS INC D/B/A KAY JEW<br>    Acct: 0491 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STERLING JEWELERS INC D/B/A KAY JEW<br>    Acct: 541 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NORTHWEST CONSUMER DISCOUNT CO<br>    Acct: 5175 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HEALTHCARE FIRST CU*<br>    Acct: 9540 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HEALTHCARE FIRST CU*<br>    Acct: 9540 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HEALTHCARE FIRST CU*<br>    Acct: | 57,625.00 | 57,625.00 | 9,135.25 | 66,760.25 |
| | | | | 97,185.50 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES K. LYNCH<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES K. LYNCH<br>    Acct: | 97.70 | 97.70 | 0.00 | 0.00 |
|   LAW OFFICES OF KENNETH P SEITZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KENNETH P SEITZ ESQ<br>    Acct: | 2,729.00 | 2,729.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ALLY FINANCIAL LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8878 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC | 687.18 | 44.36 | 0.00 | 44.36 |
| Acct: 0625 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1594 | | | | |
| CAPITAL ONE BANK (USA) NA CABELAS C | 1,041.23 | 67.20 | 0.00 | 67.20 |
| Acct: 3689 | | | | |
| CAPITAL ONE BANK (USA) NA CABELAS C | 1,016.22 | 65.59 | 0.00 | 65.59 |
| Acct: 7060 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,595.24 | 102.96 | 0.00 | 102.96 |
| Acct: 2852 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,924.73 | 317.86 | 0.00 | 317.86 |
| Acct: 5949 | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7694 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 834.30 | 53.84 | 0.00 | 53.84 |
| Acct: 2297 | | | | |
| DISCOVER BANK(*) | 1,052.85 | 67.95 | 0.00 | 67.95 |
| Acct: 6996 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GANDER MOUNTAIN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5479 | | | | |
| GE CAPITAL/HOME DEPOT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3698 | | | | |
| JEEP MASTER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7724 | | | | |
| MAURICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5315 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,144.50 | 202.96 | 0.00 | 202.96 |
| Acct: 1706 | | | | |
| MIDLAND FUNDING LLC | 705.98 | 45.57 | 0.00 | 45.57 |
| Acct: 2793 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 153.44 | 9.90 | 0.00 | 9.90 |
| Acct: 5796 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 777.95 | 50.22 | 0.00 | 50.22 |
| Acct: 7724 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B | 267.39 | 17.26 | 0.00 | 17.26 |
| Acct: 9213 | | | | |
| HEALTHCARE FIRST CU* | 19,781.15 | 1,276.74 | 0.00 | 1,276.74 |
| Acct: | | | | |
| NAVIENT PC TRUST | 39,595.19 | 0.00 | 0.00 | 0.00 |
| Acct: 3601 | | | | |
| ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,322.41 |

TOTAL PAID TO CREDITORS                                                          99,507.91

```
TOTAL CLAIMED
PRIORITY              0.00
SECURED          59,491.86
UNSECURED        75,577.35
```

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES K. LYNCH
    TINA I. LYNCH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20931 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                    BY THE COURT:

                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-20931-JAD
James K. Lynch     Chapter 13
Tina I. Lynch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 4
Date Rcvd: Jun 25, 2021     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James K. Lynch, Tina I. Lynch, 6970 Route 711, Seward, PA 15954-2028 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| cr | + | Health Care First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| cr | + | THE BANK OF NEW YORK MELLON, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, Fl 33487-2853 |
| 14196017 | + | Atlantic Broadband, 120 Southmont Blvd., Johnstown, PA 15905-4291 |
| 14196028 | | Jeep Mastercard, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14196029 | + | Kay Jewelers, P.O. Box 3680, Akron, OH 44398-0001 |
| 14196032 | + | Ocwen Loan Servicing, LLC, P.O. Box 6440, Carol Stream, IL 60197-6440 |
| 14196034 | + | Sears Cardmember Services, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14260240 | | The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2021 23:30:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 25 2021 23:30:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14196015 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14196014 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14201746 | | Email/Text: ally@ebn.phinsolutions.com | Jun 25 2021 23:29:00 | Ally Financial Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 14196018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:19 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14256382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:06 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14196019 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:17 | Cabela's Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14196020 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:17 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15032950 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 25 2021 23:43:18 | Capital One Bank (USA) N.A Cabelas Club Visa, |

| District/off: 0315-2 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 14218424 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:02 | By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14196021 | + Email/Text: mediamanagers@clientservices.com | Jun 25 2021 23:29:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14196022 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2021 23:29:04 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14196023 | + Email/Text: mrdiscen@discover.com | Jun 25 2021 23:29:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14202927 | + Email/Text: mrdiscen@discover.com | Jun 25 2021 23:29:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14196024 | Email/Text: Bankruptcy.Consumer@dish.com | Jun 25 2021 23:30:00 | Dish Network, P.O. Box 4034, Woburn, MA 01888 |
| 14196025 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:00 | Gander Mtn, p.o box 659465, San Antonio, TX 78265-9465 |
| 14196026 | + Email/Text: meghan@healthcarefirstcu.com | Jun 25 2021 23:31:00 | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| 14196027 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2021 23:29:19 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14196016 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 25 2021 23:29:00 | Amazon/Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14252266 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 23:29:19 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14236377 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2021 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14196030 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2021 23:30:00 | Maurice's, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15172667 | Email/PDF: pa_dc_claims@navient.com | Jun 25 2021 23:28:31 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14264059 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2021 23:28:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14196033 | + Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:58 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14196035 | Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:23 | SYNCB/Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14952611 | + Email/Text: bncmail@w-legal.com | Jun 25 2021 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14201747 | + Email/Text: ecf@buckleyking.com | Jun 25 2021 23:29:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14249015 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 25 2021 23:29:17 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14196036 | + Email/PDF: gecsedi@recoverycorp.com | Jun 25 2021 23:28:23 | WalMart Discover, P.O. Box 981064, El Paso, TX 79998-1064 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr | | The Bank Of New York Mellon, As Successor Trustee |
| cr | | The Bank of New York Mellon etal |
| cr | | The Bank of New York Mellon, f/k/a The Bank of New |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, Pa 15905-4310 |
| 15032951 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14196031 | ##+ | Northwest Consumer Discount Company, P.O. Box 5487, Johnstown, PA 15904-5487 |

TOTAL: 5 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2021               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2004-4, NovaStar Home Equity Loan A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff James K. Lynch Jr. thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor James K. Lynch thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com  mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 4 of 4 |
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 41 |

Mario J. Hanyon
    on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Maura P. McIntyre
    on behalf of Creditor Ditech Financial LLC maura.mcintyre@squirepb.com cle_dckt@squirepb.com

Natalie N. Piscione
    on behalf of Creditor Health Care First Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor OCWEN LOAN SERVICING LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner
    on behalf of Creditor The Bank of New York Mellon etal peter.wapner@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Timothy S. Lijewski
    on behalf of Creditor Healthcare First Credit Union covellilawoffices@yahoo.com jcovelli@covellilaw.com

TOTAL: 17