| **Information to identify the case:** | |
|---|---|
| Debtor 1  **James K. Lynch** | Social Security number or ITIN  **xxx–xx–7667** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  **Tina I. Lynch** | Social Security number or ITIN  **xxx–xx–3601** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **16–20931–JAD** | |

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James K. Lynch                                     Tina I. Lynch

<u>8/12/21</u>                          **By the court:**   <u>Jeffery A. Deller</u>
                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20931-JAD |
| James K. Lynch | Chapter 13 |
| Tina I. Lynch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 4 |
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James K. Lynch, Tina I. Lynch, 6970 Route 711, Seward, PA 15954-2028 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| cr | + | Health Care First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| cr | + | THE BANK OF NEW YORK MELLON, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, Fl 33487-2853 |
| 14196017 | + | Atlantic Broadband, 120 Southmont Blvd., Johnstown, PA 15905-4291 |
| 14196028 | | Jeep Mastercard, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14196029 | + | Kay Jewelers, P.O. Box 3680, Akron, OH 44398-0001 |
| 14196031 | + | Northwest Consumer Discount Company, P.O. Box 5487, Johnstown, PA 15904-5487 |
| 14196034 | + | Sears Cardmember Services, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14260240 | | The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 13 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: MID8.COM | Aug 13 2021 03:13:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 12 2021 23:13:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14196015 | + | EDI: GMACFS.COM | Aug 13 2021 03:13:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14196014 | + | EDI: GMACFS.COM | Aug 13 2021 03:13:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14201746 | | EDI: GMACFS.COM | Aug 13 2021 03:13:00 | Ally Financial Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 14196018 | + | EDI: CITICORP.COM | | |

| Recipient ID | Delivery Method | Delivery Time | Recipient |
|---|---|---|---|
| | | Aug 13 2021 03:13:00 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14256382 | + EDI: WFNNB.COM | | |
| | | Aug 13 2021 03:13:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14196019 | + EDI: CAPITALONE.COM | | |
| | | Aug 13 2021 03:13:00 | Cabela's Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14196020 | EDI: CAPITALONE.COM | | |
| | | Aug 13 2021 03:13:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15032950 | + EDI: AIS.COM | | |
| | | Aug 13 2021 03:13:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14218424 | EDI: CAPITALONE.COM | | |
| | | Aug 13 2021 03:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14196021 | + Email/Text: mediamanagers@clientservices.com | | |
| | | Aug 12 2021 23:13:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14196022 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 12 2021 23:20:38 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14196023 | + EDI: DISCOVER.COM | | |
| | | Aug 13 2021 03:13:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14202927 | + EDI: DISCOVER.COM | | |
| | | Aug 13 2021 03:13:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14196024 | EDI: ESSL.COM | | |
| | | Aug 13 2021 03:13:00 | Dish Network, P.O. Box 4034, Woburn, MA 01888 |
| 14196025 | + EDI: WFNNB.COM | | |
| | | Aug 13 2021 03:13:00 | Gander Mtn, p.o box 659465, San Antonio, TX 78265-9465 |
| 14196026 | + Email/Text: meghan@healthcarefirstcu.com | | |
| | | Aug 12 2021 23:13:25 | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| 14196027 | + EDI: CITICORP.COM | | |
| | | Aug 13 2021 03:13:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14196016 | EDI: JPMORGANCHASE | | |
| | | Aug 13 2021 03:13:00 | Amazon/Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14252266 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 12 2021 23:20:28 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14236377 | + EDI: MID8.COM | | |
| | | Aug 13 2021 03:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14196030 | + EDI: WFNNB.COM | | |
| | | Aug 13 2021 03:13:00 | Maurice's, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15172667 | EDI: NAVIENTFKASMSERV.COM | | |
| | | Aug 13 2021 03:13:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14196032 | + EDI: WFFC.COM | | |
| | | Aug 13 2021 03:13:00 | Ocwen Loan Servicing, LLC, P.O. Box 6440, Carol Stream, IL 60197-6440 |
| 14264059 | EDI: PRA.COM | | |
| | | Aug 13 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14196033 | + EDI: RMSC.COM | | |
| | | Aug 13 2021 03:13:00 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14196035 | EDI: RMSC.COM | | |
| | | Aug 13 2021 03:13:00 | SYNCB/Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14952611 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 12 2021 23:13:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA |

| District/off: 0315-2 | User: bsil | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | Total Noticed: 44 |

| 14201747 | + | Email/Text: ecf@buckleyking.com | Aug 12 2021 23:13:00 | 98121-3132<br>Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14249015 | | EDI: CAPITALONE.COM | Aug 13 2021 03:13:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14196036 | + | EDI: RMSC.COM | Aug 13 2021 03:13:00 | WalMart Discover, P.O. Box 981064, El Paso, TX 79998-1064 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr | | The Bank Of New York Mellon, As Successor Trustee |
| cr | | The Bank of New York Mellon etal |
| cr | | The Bank of New York Mellon, f/k/a The Bank of New |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, Pa 15905-4310 |
| 15032951 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2004-4, NovaStar Home Equity Loan A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 4 of 4 |
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | Total Noticed: 44 |

Kenneth P. Seitz
    on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Plaintiff James K. Lynch Jr. thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor James K. Lynch thedebterasers@aol.com

Mario J. Hanyon
    on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Maura P. McIntyre
    on behalf of Creditor Ditech Financial LLC maura.mcintyre@squirepb.com cle_dckt@squirepb.com

Natalie N. Piscione
    on behalf of Creditor Health Care First Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor OCWEN LOAN SERVICING LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner
    on behalf of Creditor The Bank of New York Mellon etal peter.wapner@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Timothy S. Lijewski
    on behalf of Creditor Healthcare First Credit Union covellilawoffices@yahoo.com jcovelli@covellilaw.com

TOTAL: 17