**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES K. LYNCH
    TINA I. LYNCH
        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No.:16-20931 JAD

Chapter 13

Document No.: 114

FILED
8/12/21 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this 12th day of August, 20 21, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20931-JAD |
| James K. Lynch | Chapter 13 |
| Tina I. Lynch | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 4 |
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James K. Lynch, Tina I. Lynch, 6970 Route 711, Seward, PA 15954-2028 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| cr | + | Health Care First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| cr | + | THE BANK OF NEW YORK MELLON, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, Fl 33487-2853 |
| 14196017 | + | Atlantic Broadband, 120 Southmont Blvd., Johnstown, PA 15905-4291 |
| 14196028 | | Jeep Mastercard, P.O. Box 3412, Omaha, NE 68103-0412 |
| 14196029 | + | Kay Jewelers, P.O. Box 3680, Akron, OH 44398-0001 |
| 14196031 | + | Northwest Consumer Discount Company, P.O. Box 5487, Johnstown, PA 15904-5487 |
| 14196032 | + | Ocwen Loan Servicing, LLC, P.O. Box 6440, Carol Stream, IL 60197-6440 |
| 14196034 | + | Sears Cardmember Services, P.O. Box 6275, Sioux Falls, SD 57117-6275 |
| 14260240 | | The Bank of New York Mellon, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 23:13:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 12 2021 23:13:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14196015 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2021 23:13:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14196014 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2021 23:13:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14201746 | | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2021 23:13:00 | Ally Financial Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 14196018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2021 23:20:50 | Best Buy Credit Services, P.O. Box 183195, Columbus, OH 43218-3195 |
| 14256382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2021 23:13:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14196019 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:20:33 | Cabela's Club Visa, P.O. Box 82519, Lincoln, NE 68501-2519 |
| 14196020 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:20:25 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15032950 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 12 2021 23:20:45 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14218424 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Aug 12 2021 23:20:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14196021 | + | Email/Text: mediamanagers@clientservices.com | Aug 12 2021 23:13:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14196022 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2021 23:20:30 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14196023 | + | Email/Text: mrdiscen@discover.com | Aug 12 2021 23:13:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14202927 | + | Email/Text: mrdiscen@discover.com | Aug 12 2021 23:13:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14196024 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 12 2021 23:13:00 | Dish Network, P.O. Box 4034, Woburn, MA 01888 |
| 14196025 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2021 23:13:00 | Gander Mtn, p.o box 659465, San Antonio, TX 78265-9465 |
| 14196026 | + | Email/Text: meghan@healthcarefirstcu.com | Aug 12 2021 23:13:25 | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, PA 15905-4310 |
| 14196027 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2021 23:20:44 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14196016 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 12 2021 23:20:33 | Amazon/Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14252266 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 23:20:30 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14236377 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 23:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14196030 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 12 2021 23:13:00 | Maurice's, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15172667 | | Email/PDF: pa_dc_claims@navient.com | Aug 12 2021 23:20:26 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14264059 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 23:20:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14196033 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:20:25 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14196035 | | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:20:36 | SYNCB/Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14952611 | + | Email/Text: bncmail@w-legal.com | Aug 12 2021 23:13:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14201747 | + | Email/Text: ecf@buckleyking.com | Aug 12 2021 23:13:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14249015 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 23:20:33 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14196036 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 23:20:36 | WalMart Discover, P.O. Box 981064, El Paso, TX 79998-1064 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: bsil | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW |
| cr | | The Bank Of New York Mellon, As Successor Trustee |
| cr | | The Bank of New York Mellon etal |
| cr | | The Bank of New York Mellon, f/k/a The Bank of New |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Healthcare First Credit Union, 1152 Franklin Street, Johnstown, Pa 15905-4310 |
| 15032951 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2004-4, NovaStar Home Equity Loan A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17 bnicholas@kmllawgroup.com |
| Chrisovalanate P. Fliakos | on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Plaintiff Tina I. Lynch thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Tina I. Lynch thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff James K. Lynch Jr. thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor James K. Lynch thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon etal wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor The Bank Of New York Mellon As Successor Trustee et al., wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Maura P. McIntyre | on behalf of Creditor Ditech Financial LLC maura.mcintyre@squirepb.com cle_dckt@squirepb.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 4 of 4 |
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 42 |

Natalie N. Piscione
    on behalf of Creditor Health Care First Credit Union covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor OCWEN LOAN SERVICING  LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Peter W. Wapner
    on behalf of Creditor The Bank of New York Mellon etal peter.wapner@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor The Bank of New York Mellon etal pawb@fedphe.com

Timothy S. Lijewski
    on behalf of Creditor Healthcare First Credit Union covellilawoffices@yahoo.com  jcovelli@covellilaw.com

TOTAL: 17